```
UNITED STATES DISTRICT COURT          JUDGE SWAIN
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :
                                      :
        - v. -                        :
                                      :    INDICTMENT
JOSE A. UBEN,                         :
    a/k/a "Jaime Mercado Colon,"      :    07 Cr. ____
                                      :
              Defendant.              :    07 CRIM.  418
                                      :
- - - - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

On or about March 20, 2007, in the Southern District of New York and elsewhere, JOSE A. UBEN, a/k/a "Jaime Mercado Colon," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about June 3, 2003 in the New York County Supreme Court, for criminal sale of a controlled substance in the second degree, and without having



obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

   (Title 8, United States Code, Sections 1326(a) and (b)(2).)

| | |
|---|---|
| /s/ *signature* | /s/ *signature* |
| FOREPERSON | MICHAEL J. GARCIA<br>United States Attorney |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

JOSE A. UBEN,
a/k/a "Jaime Mercado Colon,"

Defendant.

## INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

5/14/07 Filed Indictment. A/W issued.
Case assigned to Judge Swain.

Pitman
U.S.M.J.