# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 2 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

November 1, 2007

by fax 212 805-0426

Honorable Laura T. Swain,
United States District Judge
Southern District of New York
New York, New York 10007

Re:   **United States v. Jose Uben**
      **07 Cr.418(LTS)**

Your Honor:

On the government's consent (by Parvin Moyne, Esq., AUSA, Tel. 637-2510) we respectfully ask that Mr. Uben's sentence now scheduled to be imposed November 16, 2007, be rescheduled for the middle of December as I need to be away from the office from November 2nd to the 19th and I need to prepare a written sentencing submission.

Since Mr. Uben's tentative and advisory sentencing guidelines range is 46-57 months, we believe that our client would not be prejudiced by the requested adjournment although it is our intention to urge Your Honor to sentence considerably below the above range.

Respectfully,

Roland Thau
Staff Attorney
Tel.: 212 417-9733

cc: Parvin Moyne, Esq., AUSA
By fax 212 637-2527

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

The sentencing is adjourned to December 17, 2007, at 11:30 AM.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
11/1/07

Copies faxed to Deft Counsel
Chambers of Judge Swain   11-2-07

TOTAL P.002